| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Richard D. Greenfield
Greenfield & Goodman, LLC
250 Hudson Street 8th Floor
New York, NY 10013
917-495-4446

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J. N. FEUER

    Plaintiff(s),

v.

G. KENNEDY THOMPSON et al

    Defendant(s).

CASE NO. C10-279 MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

FILED 2010 FEB -9 P 1:41 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT

 Pursuant to Civil L.R. 11-3, Richard D. Greenfield, an active member in good standing of the bar of Supreme Court of the United States, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff J.N.Feuer in the above-entitled action.

 In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Feb. 3, 2010

