1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  SARAH A. GOOD (No. 148742)
   Email: sgood@howardrice.com
3  FRANK Z. LaFORGE (No. 251141)
   Email: flaforge@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:  415/434-1600
7  Facsimile:  415/677-6262

8  Attorneys for Defendant
   JOHN G. STUMPF
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14  J.N. FEUER, Derivatively on Behalf of      No. 10-cv-00279 PJH
    WELLS FARGO & COMPANY and its
15  Shareholders and "Double Derivatively" on  Action Filed: January 20, 2010
    Behalf of WACHOVIA CORPORATION,
16                                             STIPULATION AND [PROPOSED]
                     Plaintiff,                ORDER EXTENDING DATE FOR
17                                             CASE MANAGEMENT CONFERENCE
       v.
18                                             Current CMC Date: May 6, 2010
    G. KENNEDY THOMPSON; THOMAS J.             Proposed CMC Date: June 24, 2010
19  WURTZ; HERBERT SANDLER; MARION             Before: Hon. Phyllis J. Hamilton
    SANDLER; JOHN T. CASTEEN, III;
20  JOSEPH NEUBAUER; MARYELLEN C.
    HERRINGER; TIMOTHY D. PROCTOR;
21  VAN L. RICHEY; DONA DAVIS YOUNG;
    ERNEST S. RADY; JERRY GITT; JOHN D.
22  BAKER, II; PETER C. BROWNING;
    DONALD M. JAMES; JOHN C.
23  WHITTAKER, JR.; WILLIAM H.
    GOODWIN, JR.; ROBERT A. INGRAM;
24  MACKEY J. MCDONALD; RUTH G.
    SHAW; LANTY L. SMITH; JOHN S.
25  CHEN; LLOYD H. DEAN; SUSAN E.
    ENGEL; ENRIQUE HERNANDEZ, JR.;
26  RICHARD D. MCCORMICK; CYNTHIA H.
    MULLIGAN; NICHOLAS G. MOORE;
27  PHILIP J. QUIGLEY; DONALD B. RICE;
    JUDITH M. RUNSTAD; STEPHEN W.
28  SANGER; ROBERT K. STEEL; JOHN G.

STUMPF; and SUSAN G. SWENSEN,

     Defendants,

and

WELLS FARGO & COMPANY,

     Nominal Defendant.

  WHEREAS, a Case Management Conference ("CMC") for the above-captioned case is currently scheduled for May 6, 2010 at 2:00 p.m.; and

  WHEREAS, in a stipulation filed on March 11, 2010, Plaintiff's counsel represented that they intended to filed an amended complaint within thirty days and agreed that no response to the existing complaint would be required earlier than thirty (30) days after the filing of such amended complaint; and

  WHEREAS, Counsel for Plaintiff filed the amended complaint on April 21, 2010 and counsel are now working to obtain consent to accept service on behalf of the more than thirty named parties; and

  WHEREAS, the parties and counsel identified below agree that in order to avoid unnecessary legal expenses and in the interests of justice and judicial economy, the CMC and related filings should all be postponed in order to allow all of the defendants to analyze the new amended complaint and obtain representation;

  THEREFORE, these parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

  The CMC, currently scheduled for May 6, 2010, shall be continued to June 24, 2010 at 2:00 p.m., or as soon as available thereafter, and the deadlines for all associated pre-conference filings, including the Case Management Statement, Rule 26(f) Report and Initial Disclosures, set forth in the Court's Order Setting Case Management Conference and ADR Deadlines, shall be continued accordingly.

IT IS SO STIPULATED.

DATED: April 26, 2010.

                                GILBERT R. SEROTA
                                SARAH A. GOOD
                                FRANK Z. LaFORGE
                                HOWARD RICE NEMEROVSKI CANADY
                                      FALK & RABKIN
                                A Professional Corporation
                                Three Embarcadero Center, 7th Floor
                                San Francisco, CA  94111-4024


By: _____/s/ *Sarah A. Good*_____
                    SARAH A. GOOD

Attorneys for Defendant
JOHN G. STUMPF

DATED: April 26, 2010.


                                THOMAS O. JACOB
                                OFFICE OF GENERAL COUNSEL
                                WELLS FARGO & COMPANY
                                45 Fremont Street, 26th Floor
                                San Francisco, CA 94105


By: _____/s/ *Thomas O. Jacob*_____
                    THOMAS O. JACOB

Attorneys for Nominal Defendant
WELLS FARGO & COMPANY

DATED: April 26, 2010.


                                JEROME C. ROTH
                                MUNGER TOLLES & OLSEN LLP
                                560 Mission Street, 27th Floor
                                San Francisco, CA  94105


By: _____/s/ *Jerome C. Roth*_____
                    JEROME C. ROTH

Attorneys for Defendants
HERBERT AND MARION SANDLER

DATED: April 26, 2010.

        RICHARD D. GREENFIELD
        MARGUERITE R. GOODMAN
        GREENFIELD & GOODMAN, LLC
        250 Hudson Street, 8th Floor
        New York, NY 10013

        JAMES E. MILLER
        KAREN M. LESER-GRENON
        SHEPHERD, FINKELMAN, MILLER & SHAH LLP
        65 Main Street
        Chester, CT 06412

        ROSE F. LUZON
        SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
        401 West A Street, Suite 2350
        San Diego, CA 92101

By: /s/ *Karen M. Leser-Grenon*
     KAREN M. LESER-GRENON

Attorneys for Plaintiff
J.N. FEUER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 27, 2010.

_____
JUDGE PHYLLIS J. HAMILTON

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*

*Howard Rice Nemerovski Canady Falk & Rabkin — A Professional Corporation*