GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
SARAH A. GOOD (No. 148742)
Email: sgood@howardrice.com
FRANK Z. LaFORGE (No. 251141)
Email: flaforge@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Defendants
JOHN G. STUMPF, PHILIP J. QUIGLEY, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., RICHARD D. McCORMICK, CYNTHIA H. MULLIGAN, NICHOLAS G. MOORE, DONALD B. RICE, JUDITH M. RUNSTAD, STEPHEN W. SANGER, and SUSAN G. SWENSON

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

J.N. FEUER, Derivatively on Behalf of WELLS FARGO & COMPANY and its Shareholders and "Double Derivatively" on Behalf of WACHOVIA CORPORATION,

Plaintiff,

v.

G. KENNEDY THOMPSON; THOMAS J. WURTZ; HERBERT SANDLER; MARION SANDLER; JOHN T. CASTEEN, III; JOSEPH NEUBAUER; MARYELLEN C. HERRINGER; TIMOTHY D. PROCTOR; VAN L. RICHEY; DONA DAVIS YOUNG; ERNEST S. RADY; JERRY GITT; JOHN D. BAKER, II; PETER C. BROWNING; DONALD M. JAMES; JOHN C. WHITTAKER, JR.; WILLIAM H. GOODWIN, JR.; ROBERT A. INGRAM; MACKEY J. MCDONALD; RUTH G. SHAW; LANTY L. SMITH; JOHN S.

No. 10-cv-00279 PJH

Action Filed: January 20, 2010

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

CHEN; LLOYD H. DEAN; SUSAN E. ENGEL; ENRIQUE HERNANDEZ, JR.; RICHARD D. MCCORMICK; CYNTHIA H. MULLIGAN; NICHOLAS G. MOORE; PHILIP J. QUIGLEY; DONALD B. RICE; JUDITH M. RUNSTAD; STEPHEN W. SANGER; ROBERT K. STEEL; JOHN G. STUMPF; and SUSAN G. SWENSEN,

Defendants,

and

WELLS FARGO & COMPANY,

Nominal Defendant.

WHEREAS, Plaintiff filed the complaint on January 10, 2010;

WHEREAS, in a stipulation filed on March 11, 2010, Plaintiff's counsel represented that they intended to file an amended complaint and agreed that no response to the existing complaint would be required earlier than thirty (30) days after the filing of such amended complaint;

WHEREAS, Plaintiff filed the amended complaint on April 21, 2010 and counsel have been working diligently to obtain consent to accept service on behalf of the thirty-six (36) named parties; and

WHEREAS, as reflected in the signature blocks below, counsel for thirty-two (32) of the thirty-five (35) individual defendants and counsel for nominal defendant Wells Fargo & Company have accepted service of the amended complaint or are authorized to accept service, and efforts are underway to find legal representation for the remaining three (3) individual defendants;

WHEREAS, in the interests of judicial economy and in order to avoid unnecessary legal expenses and potentially duplicative motion practice, the parties have agreed that all defendants should have one coordinated date to respond to the amended complaint;

THEREFORE, these parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

1. All defendants shall have until July 16, 2010 to answer, move or otherwise respond to the amended complaint.

2. To the extent any defendant moves against the amended complaint by motion to dismiss, motion for summary judgment or otherwise, the parties shall meet and confer and determine an appropriate briefing and hearing schedule, subject to the Court's approval.

3. To the extent that any defendant raises any issue of fact in any motion addressed to the amended complaint, plaintiff reserves the right to seek appropriate discovery with respect thereto, and defendants reserve the right to oppose any such discovery, including any discovery propounded prior to the Court's determination of plaintiff's standing to sue.

4. This Stipulation is without prejudice to any objections or defenses that any defendant may have to the amended complaint, or to plaintiff's standing to assert any or all of the claims set forth therein.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN A Professional Corporation

IT IS SO STIPULATED.

DATED: May 21, 2010.

GILBERT R. SEROTA
SARAH A. GOOD
FRANK Z. LaFORGE
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

By: */s/ Sarah A. Good*
SARAH A. GOOD

Attorneys for Defendant JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., RICHARD D. McCORMICK, CYNTHIA H. MULLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, DONALD B. RICE, JUDITH M. RUNSTAD, STEPHEN W. SANGER, JOHN G. STUMPF, and SUSAN G. SWENSON

DATED: May 21, 2010.

JONATHAN C. DICKEY
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

REBECCA JUSTICE LAZARUS
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

By: */s/ Rebecca Justice Lazarus*
REBECCA JUSTICE LAZAZRUS

Attorneys for Defendants
JOHN T. CASTEEN, MARYELLEN C. HERRINGER, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, VAN L. RICHEY, DONA DAVIS YOUNG, ERNEST S. RADY, JERRY GITT, JOHN D. BAKER, II, PETER C. BROWNING, DONALD M. JAMES, JOHN C. WHITAKER, JR., WILLIAM H. GOODWIN, ROBERT A. INGRAM, MACKEY J. McDONALD, RUTH G. SHAW and LANTY L. SMITH

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

DATED: May 21, 2010.

JEROME C. ROTH
MUNGER TOLLES & OLSEN LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

By: */s/ Jerome C. Roth*
JEROME C. ROTH

Attorneys for Defendants
HERBERT AND MARION SANDLER

DATED: May 21, 2010.

THOMAS O. JACOB
OFFICE OF GENERAL COUNSEL
WELLS FARGO & COMPANY
45 Fremont Street, 26th Floor
San Francisco, CA 94105

By: */s/ Thomas O. Jacob*
THOMAS O. JACOB

Attorneys for Nominal Defendant
WELLS FARGO & COMPANY

DATED: May 21, 2010.

RICHARD D. GREENFIELD
MARGUERITE R. GOODMAN
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013

JAMES E. MILLER
KAREN M. LESER-GRENON
SHEPHERD FINKELMAN MILLER & SHAH LLP
65 Main Street
Chester, CT 06412

ROSE F. LUZON
SHEPHERD FINKELMAN MILLER & SHAH LLP
401 West A Street, Suite 2350
San Diego, CA 92101

By: /s/Richard D. Greenfield
RICHARD D. GREENFIELD

Attorneys for Plaintiff
J.N. FEUER

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 1, 2010.

JUDGE PHYLLIS J. HAMILTON



## PROOF OF SERVICE

I, Bonnie Hastings, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On May 21, 2010, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

JONATHAN C. DICKEY
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

REBECCA JUSTICE LAZARUS
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Attorneys for Defendants
JOHN T. CASTEEN, MARYELLEN C. HERRINGER, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, VAN L. RICHEY, DONA DAVIS YOUNG, ERNEST S. RADY, JERRY GITT, JOHN D. BAKER, II, PETER C. BROWNING, DONALD M. JAMES, JOHN C. WHITAKER, JR., WILLIAM H. GOODWIN, ROBERT A. INGRAM, MACKEY J. McDONALD, RUTH G. SHAW and LANTY L. SMITH

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

THOMAS O. JACOB
OFFICE OF GENERAL COUNSEL
WELLS FARGO & COMPANY
45 Fremont Street, 26th Floor
San Francisco, CA 94105

Attorneys for Nominal Defendant
WELLS FARGO & COMPANY

JEROME C. ROTH
MUNGER TOLLES & OLSEN LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Attorneys for Defendants
HERBERT AND MARION SANDLER

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on May 21, 2010.

Bonnie Hastings
Bonnie Hastings

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation