1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  SARAH A. GOOD (No. 148742)
   Email: sgood@howardrice.com
3  ISAAC M. GRADMAN (No. 243344)
   Email: igradman@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/677-6262

8  Attorneys for Defendants
   JOHN G. STUMPF, PHILIP J. QUIGLEY,
9  JOHN S. CHEN, LLOYD H. DEAN, SUSAN E.
   ENGEL, ENRIQUE HERNANDEZ, JR.,
10 RICHARD D. McCORMICK, CYNTHIA H.
   MULLIGAN, NICHOLAS G. MOORE,
11 DONALD B. RICE, JUDITH M. RUNSTAD,
   STEPHEN W. SANGER, and SUSAN G.
12 SWENSON

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                     OAKLAND DIVISION

16

17 J.N. FEUER, Derivatively on Behalf of          No. 10-cv-00279 PJH
   WELLS FARGO & COMPANY and its
18 Shareholders and "Double Derivatively" on     Action Filed: January 20, 2010
   Behalf of WACHOVIA CORPORATION,
19                                                STIPULATION AND [~~PROPOSED~~]
                    Plaintiff,                    ORDER EXTENDING TIME FOR
20                                                DEFENDANTS TO RESPOND TO
                                                  AMENDED COMPLAINT AND
21      v.                                        ESTABLISHING BRIEFING AND
                                                  HEARING SCHEDULE FOR MOTIONS
22 G. KENNEDY THOMPSON; THOMAS J.
   WURTZ; HERBERT SANDLER; MARION
23 SANDLER; JOHN T. CASTEEN, III;
   JOSEPH NEUBAUER; MARYELLEN C.
24 HERRINGER; TIMOTHY D. PROCTOR;
   VAN L. RICHEY; DONA DAVIS YOUNG;
25 ERNEST S. RADY; JERRY GITT; JOHN D.
   BAKER, II; PETER C. BROWNING;
26 DONALD M. JAMES; JOHN C.
   WHITTAKER, JR.; WILLIAM H.
27 GOODWIN, JR.; ROBERT A. INGRAM;
   MACKEY J. MCDONALD; RUTH G.
28 SHAW; LANTY L. SMITH; JOHN S.

| | |
|---|---|
| 1 | CHEN; LLOYD H. DEAN; SUSAN E. ENGEL; ENRIQUE HERNANDEZ, JR.; |
| 2 | RICHARD D. MCCORMICK; CYNTHIA H. MULLIGAN; NICHOLAS G. MOORE; |
| 3 | PHILIP J. QUIGLEY; DONALD B. RICE; JUDITH M. RUNSTAD; STEPHEN W. |
| 4 | SANGER; ROBERT K. STEEL; JOHN G. STUMPF; and SUSAN G. SWENSEN, |
| 5 | |
| 6 | Defendants, |
| 7 | and |
| 8 | WELLS FARGO & COMPANY, |
| 9 | Nominal Defendant. |


HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

WHEREAS, Plaintiff filed the complaint on January 10, 2010;

WHEREAS, in a stipulation filed on March 11, 2010, Plaintiff's counsel represented that they intended to file an amended complaint and agreed that no response to the existing complaint would be required earlier than thirty (30) days after the filing of such amended complaint;

WHEREAS, Plaintiff filed the amended complaint on April 21, 2010;

WHEREAS, on May 21, 2010, plaintiff, fifteen (15) of the thirty-five (35) individual defendants and nominal defendant Wells Fargo & Company submitted a Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Amended Complaint until July 16, 2010 which was entered by the Court on June 1, 2010;

WHEREAS, on June 17, 2010, plaintiff, thirty-two (32) of the thirty-five (35) individual defendants and nominal defendant Wells Fargo & Company filed a Joint Case Management Conference Statement with the Court and a Case Management Conference was held before Judge Hamilton on June 24, 2010;

WHEREAS, at the Case Management Conference, Judge Hamilton ordered the parties to meet and confer among themselves and with counsel for the remaining three unserved individual defendants to make a proposal as follows: (a) a coordinated single date for all defendants to answer, move or otherwise respond to the amended complaint, and (b) to the

extent that any defendant responds to the amended complaint by motion, a coordinated briefing and hearing schedule so that all such motions may be briefed and heard by the Court at the same time;

WHEREAS, as reflected in the signature blocks below, the remaining three unserved individual defendants now have appeared and are represented by counsel; and

WHEREAS, the parties have complied with Judge Hamilton's Order and have met and conferred and agreed on the following coordinated schedule;

THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. All defendants shall have until September 17, 2010 to answer, move or otherwise respond to the amended complaint;
2. To the extent that defendants respond by filing motions, plaintiff shall file any opposition on or before November 1, 2010 and defendants shall file any reply briefs on or before November 23, 2010; and
3. The hearing on any such motions shall be set for December 15, 2010 at 9:00 a.m. or at such other time as the Court shall order.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: July 13, 2010. | GILBERT R. SEROTA |
| 2 | | SARAH A. GOOD |
| | | ISAAC M. GRADMAN |
| 3 | | HOWARD RICE NEMEROVSKI CANADY |
| | | FALK & RABKIN |
| 4 | | A Professional Corporation |
| | | Three Embarcadero Center, 7th Floor |
| 5 | | San Francisco, CA 94111-4024 |

By: _____/s/ Sarah A. Good_____
         SARAH A. GOOD

Attorneys for Defendants
JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., RICHARD D. McCORMICK, CYNTHIA H. MULLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, DONALD B. RICE, JUDITH M. RUNSTAD, STEPHEN W. SANGER, JOHN G. STUMPF, and SUSAN G. SWENSON

DATED: July 13, 2010.

JONATHAN C. DICKEY
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

REBECCA JUSTICE LAZARUS
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

By: _____/s/ Jonathan C. Dickey_____
         JONATHAN C. DICKEY

Attorneys for Defendants
JOHN T. CASTEEN, MARYELLEN C. HERRINGER, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, VAN L. RICHEY, DONA DAVIS YOUNG, ERNEST S. RADY, JERRY GITT, JOHN D. BAKER, II, PETER C. BROWNING, DONALD M. JAMES, JOHN C. WHITAKER, JR., WILLIAM H. GOODWIN, ROBERT A. INGRAM, MACKEY J. McDONALD, RUTH G. SHAW and LANTY L. SMITH

| | | |
|---|---|---|
| 1 | DATED: July 13, 2010. | PAUL T. FRIEDMAN |
| 2 | | ANNA ERICKSON WHITE |
| | | MORRISON & FOERSTER LLP |
| 3 | | 425 Market Street |
| | | San Francisco, CA 94105-2482 |

By: _____/s/ Paul T. Friedman_____
        PAUL T. FRIEDMAN

Attorneys for Defendants
G. KENNEDY THOMPSON,
THOMAS J. WURTZ, and
ROBERT K. STEEL

DATED: July 13, 2010.

JEROME C. ROTH
ROSEMARIE T. RING
LEE S. TAYLOR
MUNGER TOLLES & OLSEN LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

By: _____/s/ Jerome C. Roth_____
        JEROME C. ROTH

Attorneys for Defendants
HERBERT AND MARION SANDLER

DATED: July 13, 2010.

THOMAS O. JACOB
OFFICE OF GENERAL COUNSEL
WELLS FARGO & COMPANY
45 Fremont Street, 26th Floor
San Francisco, CA 94105

By: _____/s/ Thomas O. Jacob_____
        THOMAS O. JACOB

Attorneys for Nominal Defendant
WELLS FARGO & COMPANY

| | | |
|---|---|---|
| 1 | DATED: July 13, 2010. | RICHARD D. GREENFIELD |
| 2 | | MARGUERITE R. GOODMAN |
| | | GREENFIELD & GOODMAN, LLC |
| | | 250 Hudson Street, 8th Floor |
| 3 | | New York, NY  10013 |

JAMES E. MILLER
KAREN M. LESER-GRENON
SHEPHERD FINKELMAN MILLER & SHAH LLP
65 Main Street
Chester, CT  06412

ROSE F. LUZON
SHEPHERD FINKELMAN MILLER & SHAH LLP
401 West A Street, Suite 2350
San Diego, CA  92101

By: _____/s/Richard D. Greenfield_____
    RICHARD D. GREENFIELD

Attorneys for Plaintiff
J.N. FEUER

I, Sarah A. Good, am the ECF user whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" (/s/) within this efiled document.

DATED: July 13, 2010.        By: _____/s/ Sarah A. Good_____
                                  SARAH A. GOOD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _July 15_____, 2010.

_____
JEFFREY J. HAMILTON

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]