1   GILBERT R. SEROTA (No. 75305)
    Email: gserota@howardrice.com
2   SARAH A. GOOD (No. 148742)
    Email: sgood@howardrice.com
3   ISAAC M. GRADMAN (No. 243344)
    Email: igradman@howardrice.com
4   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5   A Professional Corporation
    Three Embarcadero Center, 7th Floor
6   San Francisco, California  94111-4024
    Telephone:    415/434-1600
7   Facsimile:    415/677-6262

8   Attorneys for Defendants
    JOHN G. STUMPF, PHILIP J. QUIGLEY,
9   JOHN S. CHEN, LLOYD H. DEAN, SUSAN E.
    ENGEL, ENRIQUE HERNANDEZ, JR.,
10  RICHARD D. McCORMICK, CYNTHIA H.
    MULLIGAN, NICHOLAS G. MOORE,
11  DONALD B. RICE, JUDITH M. RUNSTAD,
    STEPHEN W. SANGER, and SUSAN G.
12  SWENSON

                UNITED STATES DISTRICT COURT

13
                NORTHERN DISTRICT OF CALIFORNIA
14
                        OAKLAND DIVISION
15

16

17  J.N. FEUER, Derivatively on Behalf of        No. 10-cv-00279 PJH
18  WELLS FARGO & COMPANY and its
    Shareholders and "Double Derivatively" on    Action Filed: January 20, 2010
19  Behalf of WACHOVIA CORPORATION,
                                                  STIPULATION AND [PROPOSED]
20              Plaintiff,                        ORDER EXTENDING TIME FOR
                                                  DEFENDANTS TO RESPOND TO
21          v.                                    AMENDED COMPLAINT AND
                                                  ESTABLISHING BRIEFING AND
22  G. KENNEDY THOMPSON; THOMAS J.                HEARING SCHEDULE FOR MOTIONS
    WURTZ; HERBERT SANDLER; MARION
23  SANDLER; JOHN T. CASTEEN, III;
    JOSEPH NEUBAUER; MARYELLEN C.
24  HERRINGER; TIMOTHY D. PROCTOR;
    VAN L. RICHEY; DONA DAVIS YOUNG;
25  ERNEST S. RADY; JERRY GITT; JOHN D.
    BAKER, II; PETER C. BROWNING;
26  DONALD M. JAMES; JOHN C.
    WHITTAKER, JR.; WILLIAM H.
27  GOODWIN, JR.; ROBERT A. INGRAM;
    MACKEY J. MCDONALD; RUTH G.
28  SHAW; LANTY L. SMITH; JOHN S.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1   CHEN; LLOYD H. DEAN; SUSAN E.
    ENGEL; ENRIQUE HERNANDEZ, JR.;
2   RICHARD D. MCCORMICK; CYNTHIA H.
    MULLIGAN; NICHOLAS G. MOORE;
3   PHILIP J. QUIGLEY; DONALD B. RICE;
    JUDITH M. RUNSTAD; STEPHEN W.
4   SANGER; ROBERT K. STEEL; JOHN G.
    STUMPF; and SUSAN G. SWENSEN,

5
                           Defendants,
6

7       and

8   WELLS FARGO & COMPANY,

9                       Nominal Defendant.

10

11          WHEREAS, plaintiff J.N. Feuer died on May 11, 2010 and plaintiff's counsel so

12   informed counsel for defendants and this Court during the Case Management Conference in

13   this action held on June 24, 2010;

14          WHEREAS, on August 17, 2010, the Tippecanoe Circuit Court in Indiana entered an

15   Order Probating Will and Authorizing Issuance of Letters Testamentary and for Supervised

16   Administration ("Probate Court Order");

17          WHEREAS, on the basis of the Probate Court Order, plaintiff's counsel has indicated

18   an intent to file shortly with this Court a motion by one of the three co-personal

19   representatives of the Estate of J. N. Feuer to be substituted as a plaintiff in this action under

20   Federal Rule of Civil Procedure 25(a)(1);

21          WHEREAS, on July 14, 2010, the parties submitted a Stipulation and [Proposed]

22   Order Extending Time for Defendants to Respond to Amended Complaint and Establishing

23   Briefing and Hearing Schedule for Motions which was entered by the Court on July 15, 2010

24   and calls for defendants to answer, move or otherwise respond to the amended complaint by

25   September 17, 2010;

26          WHEREAS, in light of the fact that plaintiff's counsel intends to file a motion for

27   substitution shortly, the parties believe that the current briefing and hearing schedule for

28   responding to the amended complaint should be adjusted;

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. All defendants shall have until October 15, 2010 to answer, move or otherwise respond to the amended complaint;

2. To the extent that defendants respond by filing motions, plaintiff shall file any opposition on or before December 17, 2010 and defendants shall file any reply briefs on or before January 21, 2010; and

3. The hearing on any such motions shall be set for February 16, 2010 at 9:00 a.m. or at such other time as the Court shall order.

IT IS SO STIPULATED.


DATED:  September 8, 2010.

GILBERT R. SEROTA
SARAH A. GOOD
ISAAC M. GRADMAN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024


By:_____/s/ Sarah A. Good_____
                    SARAH A. GOOD

Attorneys for Defendants
JOHN S. CHEN, LLOYD H. DEAN, SUSAN E.
ENGEL, ENRIQUE HERNANDEZ, JR.,
RICHARD D. McCORMICK, CYNTHIA H.
MULLIGAN, NICHOLAS G. MOORE, PHILIP J.
QUIGLEY, DONALD B. RICE, JUDITH M.
RUNSTAD, STEPHEN W. SANGER, JOHN G.
STUMPF, and SUSAN G. SWENSON

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1    DATED:  September 8, 2010.                JONATHAN C. DICKEY
2                                              GIBSON, DUNN & CRUTCHER LLP
                                               200 Park Avenue
3                                              New York, NY  10166-0193

4                                              REBECCA JUSTICE LAZARUS
                                               GIBSON, DUNN & CRUTCHER LLP
5                                              555 Mission Street, Suite 3000
                                               San Francisco, CA 94105-2933

6

7    By:_____/s/ Jonathan C. Dickey_____
                                                    JONATHAN C. DICKEY

8    Attorneys for Defendants
     JOHN T. CASTEEN, MARYELLEN C.
9    HERRINGER, JOSEPH NEUBAUER, TIMOTHY
     D. PROCTOR, VAN L. RICHEY, DONA DAVIS
10   YOUNG, ERNEST S. RADY, JERRY GITT,
     JOHN D. BAKER, II, PETER C. BROWNING,
11   DONALD M. JAMES, JOHN C. WHITAKER, JR.,
     WILLIAM H. GOODWIN, ROBERT A.
12   INGRAM, MACKEY J. McDONALD, RUTH G.
     SHAW and LANTY L. SMITH

13

14   DATED:  September 8, 2010.                PAUL T. FRIEDMAN
                                               ANNA ERICKSON WHITE
15                                             MORRISON & FOERSTER LLP
                                               425 Market Street
16                                             San Francisco, CA 94105-2482

17

18   By:_____/s/ Anna Erickson White_____
                                                    ANNA ERICKSON WHITE

19   Attorneys for Defendants
20   G. KENNEDY THOMPSON,
     THOMAS J. WURTZ, and
21   ROBERT K. STEEL

22   DATED:  September 8, 2010.                JEROME C. ROTH
                                               ROSEMARIE T. RING
23                                             LEE S. TAYLOR
                                               MUNGER TOLLES & OLSEN LLP
24                                             560 Mission Street, 27th Floor
                                               San Francisco, CA  94105

25

26   By:_____/s/ Jerome C. Roth_____
                                                    JEROME C. ROTH

27   Attorneys for Defendants
     HERBERT AND MARION SANDLER

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

DATED:  September 8, 2010.

THOMAS O. JACOB
OFFICE OF GENERAL COUNSEL
WELLS FARGO & COMPANY
45 Fremont Street, 26th Floor
San Francisco, CA 94105


By:_____*/s/ Thomas O. Jacob*_____
        THOMAS O. JACOB

Attorneys for Nominal Defendant
WELLS FARGO & COMPANY

DATED:  September 8, 2010.

RICHARD D. GREENFIELD
MARGUERITE R. GOODMAN
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY  10013

JAMES E. MILLER
KAREN M. LESER-GRENON
SHEPHERD FINKELMAN MILLER & SHAH LLP
65 Main Street
Chester, CT  06412

ROSE F. LUZON
SHEPHERD FINKELMAN MILLER & SHAH LLP
401 West A Street, Suite 2350
San Diego, CA  92101


By:_____*/s/ Richard D. Greenfield*_____
        RICHARD D. GREENFIELD

Attorneys for Plaintiff
J.N. FEUER


I, Sarah A. Good, am the ECF user whose ID and password are being used to file this Joint Case Management Statement.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" (/s/) within this efiled document.

DATED:  September 8, 2010.     By:_____*/s/ Sarah A. Good*_____
                                       SARAH A. GOOD

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: _September 9_____, 2010.

4  _____

      JUDGE PHYLLIS J. HAMILTON

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*