**GREENFIELD & GOODMAN, LLC**
**RICHARD D. GREENFIELD** (Admitted *Pro Hac Vice*)
**MARGUERITE R. GOODMAN**
250 Hudson Street 8th Floor
New York, NY 10013
Telephone: (917) 495-4446
Facsimile: (212) 355-9592
Email: whitehatrdg@earthlink.net

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
**LESLEY E. WEAVER** (SBN 191305)
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 992-7282
Facsimile: (415) 489-7701
Email: lweaver@sfmslaw.com

Attorneys for Substituted Plaintiff,
R. A. Feuer

(Additional Plaintiff's and Defense Counsel Appear on Signature Page)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J. N. FEUER, Derivatively on Behalf of WELLS FARGO & COMPANY and its Shareholders and "Double Derivatively" on Behalf of WACHOVIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>G. KENNEDY THOMPSON; et al.,<br><br>Defendants,<br><br>and<br><br>WELLS FARGO & COMPANY,<br><br>Nominal Defendant. | CIVIL ACTION NO.  C 10-0279 PJH<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

1    WHEREAS, Plaintiff, J.N. Feuer, filed the Complaint on January 10, 2010;

2    WHEREAS, Plaintiff filed the Amended Complaint on April 21, 2010;

3    WHEREAS, on July 14, 2010, the parties submitted a Stipulation and [Proposed]
4    Order Extending Time for Defendants to Respond to Amended Complaint and Establishing
5    Briefing and Hearing Schedule for Motions, which was entered by the Court on July 15,
6    2010 and calls for Defendants to answer, move or otherwise respond to the Amended
7    Complaint by September 17, 2010;

8    WHEREAS, in light of the death of Plaintiff, J.N. Feuer, and the impending motion
9    for substitution to be filed by Plaintiff's counsel, the parties agreed that the operative
10   briefing and hearing schedule for responding to the Amended Complaint should be adjusted
11   and, accordingly, thereby submitted a further Stipulation and [Proposed] Order Extending
12   Time for Defendants to Respond to Amended Complaint and Establishing Briefing and
13   Hearing Schedule for Motions, which was entered by the Court on September 9, 2010 and
14   calls for Defendants to answer, move or otherwise respond to the Amended Complaint by
15   October 15, 2010, for Plaintiff to file his opposition to any motions on or before December
16   17, 2010, for Defendants to file any reply briefs on or before January 21, 2010, and for the
17   hearing on any such motions to take place on February 16, 2010 at 9:00 a.m.;

18   WHEREAS, on October 14, 2010, Plaintiff's counsel filed the unopposed Motion of
19   R.A. Feuer Seeking to be Substituted as Plaintiff, which the Court granted on November 9,
20   2010;

21   WHEREAS, on October 15, 2010, Defendants filed three (3) Motions to Dismiss on
22   behalf of, respectively, the Wells Fargo Director Defendants, the Wachovia Director
23   Defendants, and Defendants Thompson, Steel, and Wurtz;

24   WHEREAS, Plaintiff's opposition to Defendants' Motions to Dismiss are due on
25   December 17, 2010;

26

27

28

1    WHEREAS, the parties have met and conferred and agreed on a revised briefing
2 schedule for Defendants' Motions to Dismiss in order to accommodate the scheduling needs
3 of counsel;
4    THEREFORE, the parties, by and through their undersigned counsel of record,
5 hereby agree and stipulate to the following:
6    1. Plaintiff shall have until January 7, 2011 to file his opposition to the Motions to
7       Dismiss filed by Defendants;
8    2. Defendants shall file any reply briefs on or before February 2, 2011; and
9    3. The hearing on Defendants' Motions to Dismiss shall remain on February 16,
10      2011 at 9:00 a.m.
11 IT IS SO STIPULATED.

Dated:  December 10, 2010          /s/ Rose F. Luzon_____
                                   ROSE F. LUZON

                                   RICHARD D. GREENFIELD (*admitted pro hac vice*)
                                   MARGUERITE R. GOODMAN
                                   GREENFIELD & GOODMAN, LLC
                                   250 Hudson Street 8th Floor
                                   New York, NY 10013
                                   Telephone: (917) 495-4446
                                   Facsimile: (212) 355-9592
                                   Email: whitehatrdg@earthlink.net

                                   LESLEY E. WEAVER (SBN 191305)
                                   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
                                   199 Fremont Street, 20th Floor
                                   San Francisco, CA 94105-2255
                                   Telephone: (415) 992-7282
                                   Facsimile: (415) 489-7701
                                   Email: lweaver@sfmslaw.com

                                   JAMES E. MILLER (SBN 262553)
                                   KAREN M. LESER-GRENON (SBN 231189)
                                   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
                                   65 Main Street
                                   Chester, CT 06412
                                   Telephone:  (860) 526-1100
                                   Facsimile:  (860) 526-1120

3
STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED BRIEFING SCHEDULE FOR MOTIONS TO DISMISS
C 10-0279 PJH

Email: jmiller@sfmslaw.com
kleser@sfmslaw.com

SCOTT R. SHEPHERD
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA  19063
Telephone:  (610) 891-9880
Facsimile:  (610) 891-9883
Email:  sshepherd@sfmslaw.com

ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA  92101
Telephone:  (619) 235-2416
Facsimile:  (619) 234-7334
Email:  rluzon@sfmslaw.com

Attorneys for Substituted Plaintiff, R. A. Feuer


/s/ Sarah A. Good_____
SARAH A. GOOD

GILBERT R. SEROTA
SARAH A. GOOD
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

Attorneys for Defendants
JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., RICHARD D. McCORMICK, CYNTHIA H. MULLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, DONALD B. RICE, JUDITH M. RUNSTAD, STEPHEN W. SANGER, JOHN G. STUMPF, and SUSAN G. SWENSON


/s/ Rebecca Justice Lazarus_____
REBECCA JUSTICE LAZARUS

JONATHAN C. DICKEY
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

REBECCA JUSTICE LAZARUS
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Attorneys for Defendants
JOHN T. CASTEEN, MARYELLEN C. HERRINGER, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, VAN L. RICHEY, DONA DAVIS YOUNG, ERNEST S. RADY, JERRY GITT, JOHN D. BAKER, II, PETER C. BROWNING, DONALD M. JAMES, JOHN C. WHITAKER, JR., WILLIAM H. GOODWIN, ROBERT A. INGRAM, MACKEY J. McDONALD, RUTH G. SHAW and LANTY L. SMITH


/s/ Anna Erickson White
ANNA ERICKSON WHITE

PAUL T. FRIEDMAN
ANNA ERICKSON WHITE
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Attorneys for Defendants
G. KENNEDY THOMPSON, THOMAS J. WURTZ, and ROBERT K. STEEL


/s/ Thomas O. Jacob
THOMAS O. JACOB
OFFICE OF GENERAL COUNSEL
WELLS FARGO & COMPANY
45 Fremont Street, 26th Floor
San Francisco, CA 94105

Attorneys for Nominal Defendant
WELLS FARGO & COMPANY

I, Rose F. Luzon, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED BRIEFING SCHEDULE FOR MOTIONS TO DISMISS. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" (/s/) within this e-filed document.

DATED:   December 10, 2010.          /s/ Rose F. Luzon_____
                                     ROSE F. LUZON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/13/10                      _____
                                     JUDGE PHYLLIS J. HAMILTON

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*