UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.A. FEUER,

    Plaintiff,

    v.

G. KENNEDY THOMPSON, et al.,

    Defendants.

_____/

No. C 10-0279 PJH

**ORDER VACATING STAY AND SETTING HEARING DATE**

The stay of proceedings in this action, previously entered on February 10, 2010, is VACATED. The court will hear argument in defendants' motions to dismiss on Wednesday, December 14, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 19, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge