| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
|   | gserota@howardrice.com |
| 2 | SARAH A. GOOD (No. 148742) |
|   | sgood@howardrice.com |
| 3 | GABRIEL N. WHITE (No. 258257) |
|   | gwhite@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY |
|   |         FALK & RABKIN |
| 5 | A Professional Corporation |
|   | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California  94111-4024 |
|   | Telephone:   415/434-1600 |
| 7 | Facsimile:   415/677-6262 |
| 8 | Attorneys for Defendants |
|   | JOHN G. STUMPF, PHILIP J. QUIGLEY, |
| 9 | JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. |
|   | ENGEL, ENRIQUE HERNANDEZ, JR., |
| 10 | RICHARD D. McCORMICK, CYNTHIA H. |
|   | MULLIGAN, NICHOLAS G. MOORE, |
| 11 | DONALD B. RICE, JUDITH M. RUNSTAD, |
|   | STEPHEN W. SANGER, and SUSAN G. |
| 12 | SWENSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 17 | J.N. FEUER, Derivatively on Behalf of WELLS FARGO & COMPANY and its Shareholders and "Double Derivatively" on Behalf of WACHOVIA CORPORATION, | No. 10-cv-00279 PJH |
| 18 | | Action Filed: January 20, 2010 |
| 19 | | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | G. KENNEDY THOMPSON; THOMAS J. WURTZ; HERBERT SANDLER; MARION SANDLER; JOHN T. CASTEEN, III; JOSEPH NEUBAUER; MARYELLEN C. HERRINGER; TIMOTHY D. PROCTOR; VAN L. RICHEY; DONA DAVIS YOUNG; ERNEST S. RADY; JERRY GITT; JOHN D. BAKER, II; PETER C. BROWNING; DONALD M. JAMES; JOHN C. WHITTAKER, JR.; WILLIAM H. GOODWIN, JR.; ROBERT A. INGRAM; MACKEY J. MCDONALD; RUTH G. SHAW; LANTY L. SMITH; JOHN S. CHEN; LLOYD H. DEAN; SUSAN E. | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | ENGEL; ENRIQUE HERNANDEZ, JR.; RICHARD D. MCCORMICK; CYNTHIA H. MULLIGAN; NICHOLAS G. MOORE; PHILIP J. QUIGLEY; DONALD B. RICE; JUDITH M. RUNSTAD; STEPHEN W. SANGER; ROBERT K. STEEL; JOHN G. STUMPF; and SUSAN G. SWENSEN, |
| 5 | Defendants, |
| 6 | |
| 7 | and |
| 8 | WELLS FARGO & COMPANY, |
| 9 | Nominal Defendant. |

10

11  WHEREAS, defendants have filed three motions to dismiss Plaintiff's Amended
12  Complaint which have been fully briefed (*see* Dkt. Nos. 47, 50 & 55 (the "Motions to
13  Dismiss"));

14  WHEREAS, on September 19, 2011, the Court entered an Order Vacating Stay and
15  Setting Hearing Date which indicated that the Court would hear arguments on the Motions to
16  Dismiss on Wednesday, December 14, 2011 at 9:00 a.m.;

17  WHEREAS, Plaintiff's counsel presently is unavailable on December 14, 2011 for the
18  hearing and has requested that the parties stipulate to continuing the hearing date in order to
19  accommodate his schedule;

20  THEREFORE, the parties, by and through their undersigned counsel of record, hereby
21  agree and stipulate to the following:

22  1. The hearing on the Motions to Dismiss shall be continued from Wednesday,
23  December 14, 2011 at 9:00 a.m. until Wednesday, January 25, 2012 at 9:00 a.m. or
24  at such other time as the Court shall order.

1  IT IS SO STIPULATED.

2  DATED: October 5, 2011.

                                  GILBERT R. SEROTA
                                  SARAH A. GOOD
                                  GABRIEL N. WHITE
                                  HOWARD RICE NEMEROVSKI CANADY
                                       FALK & RABKIN
                                  A Professional Corporation
                                  Three Embarcadero Center, 7th Floor
                                  San Francisco, CA 94111-4024

                                  By:_____/s/ Sarah A. Good_____
                                                   SARAH A. GOOD

Attorneys for Defendants
JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., RICHARD D. McCORMICK, CYNTHIA H. MULLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, DONALD B. RICE, JUDITH M. RUNSTAD, STEPHEN W. SANGER, JOHN G. STUMPF, and SUSAN G. SWENSON

DATED: October 5, 2011.

                                  JONATHAN C. DICKEY
                                  GIBSON, DUNN & CRUTCHER LLP
                                  200 Park Avenue
                                  New York, NY 10166-0193

REBECCA JUSTICE LAZARUS
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

                                  By:_____/s/ Rebecca Justice Lazarus_____
                                              REBECCA JUSTICE LAZARUS

Attorneys for Defendants
JOHN T. CASTEEN, MARYELLEN C. HERRINGER, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, VAN L. RICHEY, DONA DAVIS YOUNG, ERNEST S. RADY, JERRY GITT, JOHN D. BAKER, II, PETER C. BROWNING, DONALD M. JAMES, JOHN C. WHITAKER, JR., WILLIAM H. GOODWIN, ROBERT A. INGRAM, MACKEY J. McDONALD, RUTH G. SHAW and LANTY L. SMITH

| | | |
|---|---|---|
| 1 | DATED: October 5, 2011. | PAUL T. FRIEDMAN |
| 2 | | ANNA ERICKSON WHITE |
| | | MORRISON & FOERSTER LLP |
| 3 | | 425 Market Street |
| | | San Francisco, CA 94105-2482 |

By: _____/s/ Anna Erickson White_____
   ANNA ERICKSON WHITE

Attorneys for Defendants
G. KENNEDY THOMPSON,
THOMAS J. WURTZ, and
ROBERT K. STEEL

DATED: October 5, 2011.

RICHARD D. GREENFIELD
MARGUERITE R. GOODMAN
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013

JAMES E. MILLER
KAREN M. LESER-GRENON
SHEPHERD FINKELMAN MILLER & SHAH LLP
65 Main Street
Chester, CT 06412

ROSE F. LUZON
SHEPHERD FINKELMAN MILLER & SHAH LLP
401 West A Street, Suite 2350
San Diego, CA 92101

By: _____/s/ Richard D. Greenfield_____
   RICHARD D. GREENFIELD

Attorneys for Plaintiff
J.N. FEUER

I, Sarah A. Good, am the ECF user whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" (/s/) within this efiled document.

DATED: October 5, 2011.            By: _____/s/ *Sarah A. Good*_____
                                           SARAH A. GOOD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 11__, 2011.

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIP. AND [PROPOSED] ORDER CONTINUING HRG. ON MOTION TO DISMISS  C 10 0279 PJH

-5-