UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.N. FEUER, Derivatively on Behalf of WELLS FARGO & COMPANY and its Shareholders and "Double Derivatively" on Behalf of WACHOVIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>G. KENNEDY THOMPSON *et al.*,<br><br>Defendants,<br><br>and<br><br>WELLS FARGO & COMPANY,<br><br>Nominal Defendant. | Case No.: C-10-00279 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for February 9, 2012 is CONTINUED to Monday, **March 12, 2012**, at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland. Personal appearance of lead counsel is required. Counsel should plan accordingly.

No later than **February 15, 2012**, each party that filed or opposed a motion to dismiss shall file a more comprehensive proposed order that sets forth the relief or action sought and a substantive statement of the rationale of decision, including citation of authority that the party requests the Court to adopt, and citations to the record evidence, where applicable. A courtesy copy of the proposed

order should be emailed in Word format to: ygrpo@cand.uscourts.gov.

No later than **February 27, 2012**, the parties shall file: (i) a joint proposed discovery plan pursuant to Fed. R. Civ. P. 26(f); and (ii) a joint scheduling plan with proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial, and whether the case will be tried to a jury or to the court and the expected length of the trial.

**IT IS SO ORDERED.**

Dated: February 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**