ARNOLD & PORTER LLP
GILBERT R. SEROTA (No. 75305)
gilbert.serota@aporter.com
GABRIEL N. WHITE (No. 258257)
gabriel.white@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   +1 415.471.3100
Facsimile:    +1 415.471.3400

Attorneys for Defendants
JOHN G. STUMPF, PHILIP J. QUIGLEY, JOHN S.
CHEN, LLOYD H. DEAN, SUSAN E. ENGEL,
ENRIQUE HERNANDEZ, JR., RICHARD D.
McCORMICK, CYNTHIA H. MILLIGAN,
NICHOLAS G. MOORE, DONALD B. RICE,
JUDITH M. RUNSTAD, STEPHEN W. SANGER,
and SUSAN G. SWENSON

[Additional Counsel Listed At Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| J.N. FEUER, Derivatively on Behalf of WELLS FARGO & COMPANY and its Shareholders and "Double Derivatively" on Behalf of WACHOVIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>G. KENNEDY THOMPSON; THOMAS J. WURTZ; HERBERT SANDLER; MARION SANDLER; JOHN T. CASTEEN, III; JOSEPH NEUBAUER; MARYELLEN C. HERRINGER; TIMOTHY D. PROCTOR; VAN L. RICHEY; DONA DAVIS YOUNG; ERNEST S. RADY; JERRY GITT; JOHN D. BAKER, II; PETER C. BROWNING; DONALD M. JAMES; JOHN C. WHITTAKER, JR.; WILLIAM H. GOODWIN, JR.; ROBERT A. INGRAM; MACKEY J. MCDONALD; RUTH G. SHAW; LANTY L. SMITH; JOHN S. CHEN; LLOYD H. DEAN; SUSAN E. | No. 10-cv-00279 YGR<br><br>Action Filed: January 20, 2010<br><br>**JOINT STATEMENT REGARDING SETTLEMENT NEGOTIATIONS; STIPULATION AND ~~PROPOSED~~ ORDER VACATING NOVEMBER 2, 2012 COMPLIANCE HEARING**<br><br>Date:   Nov. 2, 2012<br>Time:   3:00 p.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:  None |

ENGEL; ENRIQUE HERNANDEZ, JR.;
RICHARD D. MCCORMICK; CYNTHIA H.
MULLIGAN; NICHOLAS G. MOORE;
PHILIP J. QUIGLEY; DONALD B. RICE;
JUDITH M. RUNSTAD; STEPHEN W.
SANGER; ROBERT K. STEEL; JOHN G.
STUMPF; and SUSAN G. SWENSEN,

Defendants,

and

WELLS FARGO & COMPANY,

Nominal Defendant.

Pursuant to the Court's Order (Dkt. No. 123), all of the parties to the above-captioned cases jointly submit the following Joint Statement and Stipulation regarding the status of settlement negotiations in this case and the related case, *Rogers v. Thompson et al.*, 12-cv-0203 YGR:

The parties' Memorandum of Understanding in connection with settlement of this litigation provides for confirmatory discovery. This process is underway, but has not been completed. Although the parties are hopeful that any disputes about the scope and nature of the documents to be produced will be resolved, it remains possible that this issue will require mediation. Plaintiffs take the position that such confirmatory discovery, including an interview with certain of the Wells Fargo Defendant directors, will inform them as to whether they can remain advocates for the terms in the Memorandum of Understanding and move forward with a Stipulation of Settlement.

The Memorandum of Understanding also left open the question of whether or not the parties could agree on an award for plaintiffs' counsel of attorneys fees and reimbursement of expenses. It provided for mediation as a means of resolving the issue. On October 23, 2012, Plaintiffs, Wells Fargo and the Wells Fargo Defendants' counsel mediated the issue of a possible fee award with the assistance of mediator Randy Wulff. Unfortunately, they were unable to reach agreement. Pending a subsequent agreement among the parties, they have

2

3

agreed that this issue will be left for resolution by the Court with the assistance of legal and factual submissions by the parties.

4

5

6

7

8

9

10

11

12

13

Only if confirmatory discovery is complete and a Stipulation of Settlement has been filed and subject to the written confidentiality agreement between these parties, Plaintiffs have agreed to provide Wells Fargo and counsel for the Wells Fargo Defendants with their time records in such form as will provide for reasonable and necessary protection of confidentiality, including applicable work product and attorney-client privilege. This disclosure will include applicable billing rates for all time recorded for these matters, along with all of their expense documentation. This material will be provided sufficiently in advance of any submission by the Wells Fargo Defendants to allow for review and comment in the final submissions, if necessary. In the event that Defendants believe that Plaintiffs' counsel's disclosures are insufficient, Defendants reserve the right to request the assistance of the Court in compelling further disclosure.

14

15

16

17

During the next two weeks the parties will attempt to meet and confer on all remaining issues and provide the Court with a schedule for all remaining matters. If settlement is abandoned, the parties will provide the Court with a schedule for supplemental briefing and a hearing date for the pending motions to dismiss.

18

19

THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

20

21

1. The Compliance Hearing regarding Settlement scheduled for November 2, 2012, at 3:00 p.m., shall be vacated;

22

23

2. Counsel shall file a stipulation with a proposed schedule for all remaining matters before the Court no later than November 16, 2012.

24

IT IS SO STIPULATED.

25

26

DATED: October 26, 2012          Respectfully,

27

28

ARNOLD & PORTER LLP
GILBERT R. SEROTA
GABRIEL N. WHITE

2    By:_____/s/ Gilbert R. Serota_____
                  GILBERT R. SEROTA

3

4    Attorneys for Defendants
     JOHN S. CHEN, LLOYD H. DEAN, SUSAN E.
     ENGEL, ENRIQUE HERNANDEZ, JR.,
5    RICHARD D. McCORMICK, CYNTHIA H.
     MILLIGAN, NICHOLAS G. MOORE, PHILIP J.
6    QUIGLEY, DONALD B. RICE, JUDITH M.
     RUNSTAD, STEPHEN W. SANGER, JOHN G.
7    STUMPF, and SUSAN G. SWENSON

8    DATED:  October 26, 2012      JONATHAN C. DICKEY
                                   GIBSON, DUNN & CRUTCHER LLP
9                                  200 Park Avenue
                                   New York, NY  10166-0193
10
                                   JENNA MUSSELMAN YOTT
11                                 GIBSON, DUNN & CRUTCHER LLP
                                   555 Mission Street, Suite 3000
12                                 San Francisco, CA 94105-2933

13
                                   By:_____/s/ Jonathan C. Dickey_____
14                                           JONATHAN C. DICKEY

15                                 Attorneys for Defendants
                                   JOHN T. CASTEEN, MARYELLEN C.
16                                 HERRINGER, JOSEPH NEUBAUER, TIMOTHY
                                   D. PROCTOR, VAN L. RICHEY, DONA DAVIS
17                                 YOUNG, ERNEST S. RADY, JERRY GITT,
                                   JOHN D. BAKER, II, PETER C. BROWNING,
18                                 DONALD M. JAMES, JOHN C. WHITAKER, JR.,
                                   WILLIAM H. GOODWIN, ROBERT A.
19                                 INGRAM, MACKEY J. McDONALD, RUTH G.
                                   SHAW and LANTY L. SMITH
20
     DATED:  October 26, 2012      PAUL T. FRIEDMAN
21                                 ANNA ERICKSON WHITE
                                   MORRISON & FOERSTER LLP
22                                 425 Market Street, 32d Floor
                                   San Francisco, CA  94105
23

24                                 By:_____/s/ Anna Erickson White_____
                                           ANNA ERICKSON WHITE
25
                                   Attorneys for Defendants
26                                 G. KENNEDY THOMPSON, ROBERT K. STEEL,
                                   and THOMAS J. WURTZ
27

28

DATED:  October 26, 2012

RICHARD D. GREENFIELD
MARGUERITE R. GOODMAN
ILENE F. BROOKLER
ANN M. CALDWELL
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY  10013

ROSE F. LUZON
SHEPHERD FINKELMAN MILLER & SHAH LLP
401 West A Street, Suite 2350
San Diego, CA  92101

By:_____*/s/ Richard D. Greenfield*_____
              RICHARD D. GREENFIELD

Attorneys for Plaintiff
J.N. FEUER

**ATTESTATION UNDER GENERAL ORDER 45**

I, Gilbert R. Serota, am the ECF User whose ID and password are being used to file this Joint Scheduling Plan.  In compliance with General Order 45, X.B., I hereby attest that all the signatories above have concurred in this filing.

/s/ *Gilbert R. Serota*
GILBERT R. SEROTA

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:   October 31 , 2012

THE HONORABLE YVONNE GONZALEZ ROGERS
UNTIED STATES DISTRICT JUDGE

JOINT STATEMENT REGARDING SETTLEMENT NEGOTIATIONS;
STIPULATION AND PROPOSED ORDER

NO. 10-CV-00279 YGR