1  ARNOLD & PORTER LLP
   GILBERT R. SEROTA (No. 75305)
2  gilbert.serota@aporter.com
   GABRIEL N. WHITE (No. 258257)
3  gabriel.white@aporter.com
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:  +1 415.471.3100
5  Facsimile:  +1 415.471.3400

6  Attorneys for Defendants
   JOHN G. STUMPF, PHILIP J. QUIGLEY, JOHN S.
7  CHEN, LLOYD H. DEAN, SUSAN E. ENGEL,
   ENRIQUE HERNANDEZ, JR., RICHARD D.
8  McCORMICK, CYNTHIA H. MILLIGAN,
   NICHOLAS G. MOORE, DONALD B. RICE,
9  JUDITH M. RUNSTAD, STEPHEN W. SANGER,
   and SUSAN G. SWENSON
10
   [Additional Counsel Listed At Signature Page]
11

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16

| | |
|---|---|
| 17  J.N. FEUER, Derivatively on Behalf of WELLS FARGO & COMPANY and its Shareholders and "Double Derivatively" on Behalf of WACHOVIA CORPORATION, | No. 10-cv-00279 YGR |
| 18 | Action Filed: January 20, 2010 |
| 19       Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING** |
| 20    v. | Judge:  Hon. Yvonne Gonzalez Rogers |
| 21  G. KENNEDY THOMPSON; THOMAS J. WURTZ; HERBERT SANDLER; MARION SANDLER; JOHN T. CASTEEN, III; JOSEPH NEUBAUER; MARYELLEN C. HERRINGER; TIMOTHY D. PROCTOR; VAN L. RICHEY; DONA DAVIS YOUNG; ERNEST S. RADY; JERRY GITT; JOHN D. BAKER, II; PETER C. BROWNING; DONALD M. JAMES; JOHN C. WHITTAKER, JR.; WILLIAM H. GOODWIN, JR.; ROBERT A. INGRAM; MACKEY J. MCDONALD; RUTH G. SHAW; LANTY L. SMITH; JOHN S. CHEN; LLOYD H. DEAN; SUSAN E. | Trial Date:  None |

| | |
|---|---|
| 1 | ENGEL; ENRIQUE HERNANDEZ, JR.; RICHARD D. MCCORMICK; CYNTHIA H. MULLIGAN; NICHOLAS G. MOORE; PHILIP J. QUIGLEY; DONALD B. RICE; JUDITH M. RUNSTAD; STEPHEN W. SANGER; ROBERT K. STEEL; JOHN G. STUMPF; and SUSAN G. SWENSEN, |

Defendants,

and

WELLS FARGO & COMPANY,

Nominal Defendant.

Pursuant to the Court's Order (Dkt. No. 125), requiring submission of a stipulation with a proposed schedule for all remaining matters before the Court in this case and the related case, *Rogers v. Thompson et al.*, 12-cv-0203 YGR, all of the parties hereby agree and stipulate to the following proposed schedule:

1. Parties to file Stipulation of Settlement and Joint Motion for Preliminary Approval of Settlement: **Nov. 30, 2012**; if settlement has not been achieved, parties will propose a schedule for hearing the pending motions to dismiss the complaint;

2. Hearing on Joint Motion for Preliminary Approval of Settlement (Plaintiffs' counsel to appear telephonically): **Dec. 18, 2012**;

3. Publication of Notice to Shareholders regarding settlement and establishment of website regarding settlement (if Joint Motion for Preliminary Approval of Settlement is granted): **Dec. 21, 2012**;

4. Plaintiffs to file Motion for Award of Fees and disclose Time and Expense Data to Defendants, subject to protection of attorney-client privilege and work product: **Jan. 4, 2013**;

5. Motion for Award of Fees to be posted to settlement website: **Jan. 6, 2013**;

6. Opposition to Plaintiffs' Motion for Award of Fees: **Jan. 22, 2013**;

7. Reply in support of Motion for Award of Fees: **Jan. 29, 2013**;

8. Opposition and Reply papers regarding Motion for Award of Fees to be posted to settlement website: **Jan. 31, 2013;**

9. Last date for shareholders to file objections to settlement and/or Plaintiffs' Motion for Award of Fees: **Feb. 15, 2013**;

10. Last date for parties to respond to any objections filed: **Feb. 22, 2013**;

11. Cut off of all Confirmatory Discovery, unless extended by Court: **Feb. 29, 201**3.

12. Hearing re Final Approval and Plaintiffs' Motion for Award of Fees: **Mar. 5, 2013**.

IT IS SO STIPULATED.

DATED: November 16, 2012          Respectfully,

ARNOLD & PORTER LLP
GILBERT R. SEROTA
GABRIEL N. WHITE


By:　　　　*/s/ Gilbert R. Serota*
　　　　GILBERT R. SEROTA

Attorneys for Defendants
JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., RICHARD D. McCORMICK, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, DONALD B. RICE, JUDITH M. RUNSTAD, STEPHEN W. SANGER, JOHN G. STUMPF, and SUSAN G. SWENSON

| | | |
|---|---|---|
| 1 | DATED: November 16, 2012 | JONATHAN C. DICKEY<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193 |

DATED: November 16, 2012

JONATHAN C. DICKEY
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193

JENNA MUSSELMAN YOTT
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

By: _____*/s/ Jonathan C. Dickey*_____
        JONATHAN C. DICKEY

Attorneys for Defendants
JOHN T. CASTEEN, MARYELLEN C. HERRINGER, JOSEPH NEUBAUER, TIMOTHY D. PROCTOR, VAN L. RICHEY, DONA DAVIS YOUNG, ERNEST S. RADY, JERRY GITT, JOHN D. BAKER, II, PETER C. BROWNING, DONALD M. JAMES, JOHN C. WHITAKER, JR., WILLIAM H. GOODWIN, ROBERT A. INGRAM, MACKEY J. McDONALD, RUTH G. SHAW and LANTY L. SMITH

DATED: November 16, 2012

PAUL T. FRIEDMAN
ANNA ERICKSON WHITE
MORRISON & FOERSTER LLP
425 Market Street, 32d Floor
San Francisco, CA  94105

By: _____*/s/ Anna Erickson White*_____
        ANNA ERICKSON WHITE

Attorneys for Defendants
G. KENNEDY THOMPSON, ROBERT K. STEEL, and THOMAS J. WURTZ

| | | |
|---|---|---|
| 1 | DATED: November 16, 2012 | RICHARD D. GREENFIELD |
| 2 | | MARGUERITE R. GOODMAN |
| | | ILENE F. BROOKLER |
| | | ANN M. CALDWELL |
| 3 | | GREENFIELD & GOODMAN, LLC |
| | | 250 Hudson Street, 8th Floor |
| 4 | | New York, NY  10013 |
| 5 | | ROSE F. LUZON |
| | | SHEPHERD FINKELMAN MILLER & SHAH LLP |
| 6 | | 401 West A Street, Suite 2350 |
| | | San Diego, CA  92101 |
| 7 | | |
| 8 | | By: _____*/s/ Richard D. Greenfield*_____ |
| | | RICHARD D. GREENFIELD |
| 9 | | |
| | | Attorneys for Plaintiff |
| 10 | | J.N. FEUER |
| 11 | DATED: November 16, 2012 | THOMAS O. JACOB |
| | | OFFICE OF GENERAL COUNSEL |
| 12 | | WELLS FARGO & COMPANY |
| | | 45 Fremont Street, 26th Floor |
| 13 | | San Francisco, CA 94105 |
| 14 | | |
| | | By: _____*/s/ Thomas O. Jacob*_____ |
| 15 | | THOMAS O. JACOB |
| 16 | | Attorney for Nominal Defendant |
| | | WELLS FARGO & COMPANY |

(Line numbers 17–28 blank)

1
2          **ATTESTATION UNDER GENERAL ORDER 45**

3          I, Gilbert R. Serota, am the ECF User whose ID and password are being used to file
4     this Joint Scheduling Plan.  In compliance with General Order 45, X.B., I hereby attest that
5     all the signatories above have concurred in this filing.

6                                                         /s/ *Gilbert R. Serota*
                                                         GILBERT R. SEROTA
7
8
9          PURSUANT TO STIPULATION, IT IS SO ORDERED
10
11
12   DATED:  November 20 , 2012
                                                         _____
13                                                        THE HONORABLE YVONNE GONZALEZ ROGERS
                                                         UNTIED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING                              NO. 10-CV-00279 YGR