UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J. N. FEUER** *et al.*, <br><br>   **Plaintiff,** <br><br>   vs. <br><br> **G. KENNEDY THOMPSON** *et al.*, <br><br>   **Defendant(s).** | **Case No.: 10-CV-00279 YGR** <br><br> **ORDER [GRANTING/DENYING] MOTION OF [PARTY NAME] TO [MOTION TYPE] [WITH/WITHOUT LEAVE TO AMEND]** |
| **W. M. ROGERS** *et al.*, <br><br>   **Plaintiff,** <br><br>   vs. <br><br> **G. KENNEDY THOMPSON** *et al.*, <br><br>   **Defendant(s).** | **Case No.: 12-CV-00203 YGR** |

The Court has reviewed the parties' Stipulation and [Proposed] Order Regarding Limited Extension of Briefing Schedule for Plaintiffs' Motion for Award of Attorneys' Fees and Expenses.

The Court hereby **MODIFIES** the briefing schedule as follows:

1. Plaintiffs shall file their Motion by no later than **11:59 p.m.** on **January 5, 2013**;

2. Plaintiffs shall also serve their time and expense data upon Defendants on January 5, 2013, subject to the protections of the attorney-client privilege and work product doctrine;

3. Defendants shall file their Opposition to the Motion on **January 24, 2013**; and

4. Plaintiffs shall file their Reply on **January 30, 2013**.

This Order Terminates Docket Number 130 in Case No. 10-CV-00279 and Terminates Docket Number 18 in Case No. 12-CV-00203.

**IT IS SO ORDERED**.

**Date:** January 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**