**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J. N. FEUER** *et al.*,<br><br>    **Plaintiff(s),**<br><br>    vs.<br><br>**G. KENNEDY THOMPSON** *et al.*,<br><br>    **Defendant(s).** | **Case No.: 10-CV-00279 YGR**<br><br>**AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| **W. M. ROGERS** *et al.*,<br><br>    **Plaintiff(s),**<br><br>    vs.<br><br>**G. KENNEDY THOMPSON** *et al.*,<br><br>    **Defendant(s).** | **Case No.: 12-CV-00203 YGR** |

For the reasons stated in the Court's concurrently issued Order re Attorneys' Fees Request, Plaintiffs' counsel are hereby **AWARDED** attorneys' fees and expenses in the amount of $500,000.00. Wells Fargo shall cause to be paid such award to Plaintiffs' counsel by wire transfer within ten (10) days of the receipt of notice from Plaintiffs' counsel of the occurrence of the Effective Date of the Stipulation (as defined therein). In such notice of the Effective Date of the Stipulation, Plaintiffs' counsel will provide Wells Fargo payment and delivery instructions. In the event this Order and Final Judgment is appealed by any party, no later than thirty (30) days after the notice of appeal is filed, Wells Fargo will cause to be deposited the award of attorneys' fees and expenses approved by

the Court into one or more interest bearing accounts.  The approved award of attorneys' fees and expenses, plus all interest earned following deposit into the interest bearing account(s), will be paid to Plaintiffs' counsel within ten (10) days of the receipt of notice from Plaintiffs' counsel of the occurrence of the Effective Date of the Stipulation.

This fully resolves all outstanding issues in these cases.  The clerk shall close both case files.

**IT IS SO ORDERED**.

**Date: June 14, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**